No. 86–629.  SEATTLE MASTER BUILDERS ASSN. ET AL. *v.* PA-
CIFIC NORTHWEST ELECTRIC POWER AND CONSERVATION PLAN-
NING COUNCIL ET AL.  C. A. 9th Cir.  Certiorari denied.  JUS-
TICE WHITE would grant certiorari. ■
■

No. 86–646.  TWC HOLDINGS, INC. *v.* JOHN F. HARKINS CO.,
INC.  C. A. 3d Cir.  Certiorari denied.  JUSTICE WHITE and
JUSTICE O'CONNOR would grant certiorari. ■
■